# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D2023-2870
Lower Tribunal No. CF18-001273-XX

————————————————

JESUS RAFAEL SANCHEZ-MATOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.

Jesus Rafael Sanchez-Matos, Indiantown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED